

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/18/2017

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MEMORIAL PRODUCTION | § | Case No. 17-30262 (___) |
| PARTNERS LP, *et al.*, | § | |
| | § | (Joint Administration Requested) |
| Debtors.[1] | § | |
| | § | Re: Docket No. 16 |

### ORDER PURSUANT TO 11 U.S.C. § 521 AND FED. R. BANKR. PROC. 1007(c) EXTENDING TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES; (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES; (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion, dated January 16, 2017 (the "**Motion**"),[2] of Memorial Production Partners LP ("**MEMP**") and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order extending the deadline by which the Debtors must file their: (i) schedules of assets and liabilities, (ii) schedules of current income and expenditures, (iii) schedules of executory contracts and unexpired leases, and (iv) statements of financial affairs (collectively, the "**Schedules and Statements**") by 45 days, for a total of 59 days from the commencement of these chapter 11 cases, through and including March 16, 2017, without prejudice to the Debtors' ability to request additional extensions for cause shown, as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Memorial Production Partners LP (6667); Memorial Production Partners GP LLC; MEMP Services LLC (1887); Memorial Production Operating LLC; Memorial Production Finance Corporation (3356); WHT Energy Partners LLC; WHT Carthage LLC; Memorial Midstream LLC; Beta Operating Company, LLC; Columbus Energy, LLC; Rise Energy Operating, LLC; Rise Energy Minerals, LLC; Rise Energy Beta, LLC; San Pedro Bay Pipeline Company (1234); and Memorial Energy Services LLC. The Debtors' mailing address is 500 Dallas Street, Suite 1600, Houston, Texas 77002.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

more fully set forth in the Motion; and upon consideration of the Stillwell Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334

; and consideration of the Motion and the requested

relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion on January 17, 2017; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.

2.  Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the time by which the Debtors shall file their Schedules and Statements is extended through and including March 1, 2017.

3.  Such extension is without prejudice to the Debtors' right to request a further extension.

4.  All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

3

5. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: \_\_\_\_\_1-17\_\_\_\_\_, 2017
Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE