IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MEMORIAL PRODUCTION | § | Case No. 17-30262 |
| PARTNERS LP, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

# DEBTORS' WITNESS AND EXHIBIT LIST
# FOR HEARING SET FOR JANUARY 23, 2017

Memorial Production Partners LP ("**MEMP**") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file this Witness and Exhibit List for the hearing set for January 23, 2017, at 9:15 a.m. (prevailing Central Time) as follows:

## WITNESSES

1. John Castellano;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Memorial Production Partners LP (6667); Memorial Production Partners GP LLC; MEMP Services LLC (1887); Memorial Production Operating LLC; Memorial Production Finance Corporation (3356); WHT Energy Partners LLC; WHT Carthage LLC; Memorial Midstream LLC; Beta Operating Company, LLC; Columbus Energy, LLC; Rise Energy Operating, LLC; Rise Energy Minerals, LLC; Rise Energy Beta, LLC; San Pedro Bay Pipeline Company (1234); and Memorial Energy Services LLC. The Debtors' mailing address is 500 Dallas Street, Suite 1600, Houston, Texas 77002.

# EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| DEBTORS' EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1 | Presentation on the Oil and Gas Motion, dated January 2017 | | | | |
| 2 | Kingwood Resources, Inc., *et al*, Farmout Agreement, dated October 6, 2014 | | | | |
| 3 | Will-Drill Resources, Inc., *et al*, Term Assignment of Oil and Gas Lease, dated September 26, 2014 | | | | |
| 4 | William D. Nelson, *et al*, Assignment of Overriding Royalty Interest, dated June 15, 2009 | | | | |
| 5 | Key Exploration, LTD., *et al*, Assignment and Bill of Sale, dated December 1, 2009 | | | | |
| 6 | Fairplay Exploration Company LP, Assignment, Bill of Sale, and Conveyance, dated October 1, 2009 | | | | |
| 7 | Sabine Holdings LP, Assignment of Oil and Gas Leases, dated June 29, 2007 | | | | |
| 8 | A.A.P.L. Form 610 - Model Form Operating Agreement – 1989; Chevron-Frost Tenaha Gas Unit JOA, dated January 1, 2010 | | | | |
| 9 | A.A.P.L. Form 610 - Model Form Operating Agreement – 1956; Anadarko - Frost Lumber Operating Agreement, dated July 7, 1977 | | | | |

The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

2

Dated: January 23, 2017
       Houston, Texas

                                                    */s/ Alfredo R. Pérez*
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    Alfredo R. Pérez (15776275)
                                                    700 Louisiana Street, Suite 1700
                                                    Houston, Texas  77002
                                                    Telephone: (713) 546-5000
                                                    Facsimile:  (713) 224-9511

                                                    -and-

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    Gary T. Holtzer (admitted *pro hac vice*)
                                                    Joseph H. Smolinsky (admitted *pro hac vice*)
                                                    767 Fifth Avenue
                                                    New York, New York  10153
                                                    Telephone:  (212) 310-8000
                                                    Facsimile:  (212) 310-8007

                                                    *Proposed Attorneys for the Debtors and*
                                                    *Debtors in Possession*

**Certificate of Service**

I hereby certify that on January 23, 2017, a true and correct copy of the foregoing document was served by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                                                                               */s/ Rene Olvera*
                                                                               Rene Olvera