Fund Services

February 08, 2017

US BANKRUPTCY COURT
UNITED STATES COURTHOUSE
515 RUSK AVENUE
HOUSTON TX 77002

United States District Court
Southern District of Texas
FILED

FEB 1 3 2017

David J. Bradley, Clerk of Court

Regarding account:   MEMORIAL PRODUCTION PARTNERS LP

To Whom It May Concern:

We received your Notice of Chapter 11 Bankruptcy Case. We were unable to locate an account with the information provided.

Please contact our Investor Services Department at 888-995-5505 between 7 a.m. and 7 p.m. Central time if you have any questions regarding this matter.

Sincerely,
UMB Fund Services, Inc.

235 West Galena Street
Milwaukee, Wisconsin 53212

414.299.2000
414.299.2466 Fax
888.844.3350 Toll-Free

umbfs.com

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Memorial Production Partners LP, et al.<br>Name | EIN | 90-0726667 |
| United States Bankruptcy Court for the: Southern District of Texas | | Date case filed in chapter 11: | 01/16/2017<br>MM / DD / YYYY |
| Case number: 17-30262 | | | |

# Official Form 309F (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case                                         12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

### 1. Debtors' full names (Jointly Administered Cases):

| Debtor | Address | Case No. | EIN# |
|---|---|---|---|
| Memorial Production Partners LP | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30262 | 90-0726667 |
| Memorial Production Partners GP LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30261 | N/A |
| MEMP Services LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30260 | 38-4001887 |
| Memorial Production Operating LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30259 | N/A |
| Memorial Production Finance Corporation | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30248 | 46-2003356 |
| WHT Energy Partners LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30256 | N/A |
| WHT Carthage LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30255 | N/A |
| Memorial Midstream LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30258 | N/A |
| Beta Operating Company, LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30253 | N/A |
| Columbus Energy, LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30254 | N/A |
| Rise Energy Operating, LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30252 | N/A |
| Rise Energy Minerals, LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30251 | N/A |
| Rise Energy Beta, LLC | 500 Dallas Street, Suite 1600, Houston, Texas 77002 | 17-30250 | N/A |

| | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |




ENTERED
01/25/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MEMORIAL PRODUCTION PARTNERS | § | CASE NO: 17-30262 |
| LP, et al, | § | |
| | § | |
| Debtors. | § | |
| | § | CHAPTER 11 |
| | § | |
| | § | (Jointly Administered) |

### ORDER GRANTING COMPLEX
### CHAPTER 11 BANKRUPTCY CASE TREATMENT

This bankruptcy case was filed on January 16, 2017. A Notice of Designation as Complex Chapter 11 Case was filed. Based on its review of this case, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Debtor must maintain a consolidated master service list identifying the parties that must be served whenever a motion or other pleading requires notice. Unless otherwise required by the Bankruptcy Code or Rules, notices of motions and other matters will be limited to the parties on the master service list. The master service list must initially include (a) the Office of the United States Trustee for the Southern District of Texas, (b) the Debtor, (c) the attorneys for the Debtor, (d) the Debtor's pre- and any post-petition secured lenders, (e) the Debtor's twenty (20) largest unsecured creditors, (f) those persons who have formally appeared in the chapter 11 case and requested service pursuant to Bankruptcy Rule 2002, and (g) all applicable government agencies to the extent required by the Bankruptcy Rules and the Local Rules. Any party in interest that files a Notice of Appearance will be added to the master service list.

   a. Parties on the master service list who appear in this case through counsel or submit a request for service by CM/ECF will be served with pleadings and orders through the CM/ECF notification system. No mail notice will be required.

   b. All other parties on the master service list must be served, at the server's option, by e-mail, fax or regular mail.

   c. The initial master service list must be filed within three days after entry of this order. A revised list must be filed seven days after the initial master service list is filed. The Debtor must update the list, and shall file a copy of the updated list, (i) at least every seven days during the first thirty days of the case; (ii) at least every fifteen days during the next sixty days of the case; and (iii) at least every thirty days thereafter throughout the case.

5.  Unless a different date is subsequently ordered by the Court, the bar date for the filing of proofs of claim and proofs of interest is (i) 180-days after the petition date for governmental units; and (i) for all other entities, 90-days after the first date set for the meeting of creditors under 11 U.S.C. § 341(a).

6.  The Debtor must give notice of this order to all parties in interest within seven days. If a party in interest objects to the provisions of this order, that party may file a motion articulating the objection and the relief requested. After hearing the objection and any responses the Court may reconsider any part of this order and may grant relief, if appropriate.

SIGNED **January 25, 2017.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE