IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MEMORIAL PRODUCTION PARTNERS LP, *et al.*, | § § § | Case No. 17-30262 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Strasburger & Price, LLP ("**Strasburger**"), files this Verified Rule 2019 Statement of Multiple Representation to provide the following information:

1. Strasburger represents the following parties in connection with the above-captioned matter: (a) Dixie Electric, LLC; (b) Monahans Electric, Inc.; and (c) Seitel Data, Ltd.

2. The parties listed above and on **Exhibit A** are each creditors of the Debtors, and the nature and principal amount of each of their claims is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** has consented to this multiple representation by Strasburger in the above-captioned matter.

4. Strasburger reserves the right to amend this Verified Statement as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Memorial Production Partners LP (6667); Memorial Production Partners GP LLC; MEMP Services LLC (1887); Memorial Production Operating LLC; Memorial Production Finance Corporation (3356); WHT Energy Partners LLC; WHT Carthage LLC; Memorial Midstream LLC; Beta Operating Company, LLC; Columbus Energy, LLC; Rise Energy Operating, LLC; Rise Energy Minerals, LLC; Rise Energy Beta, LLC; San Pedro Bay Pipeline Company (1234); and Memorial Energy Services LLC. The Debtors' mailing address is 500 Dallas Street, Suite 1600, Houston, Texas 77002.

Respectfully submitted,

*/s/ Robert P. Franke*

Robert P. Franke (TX State Bar No. 07371200)
Andrew G. Edson (TX Bar No. 24076364)
**STRASBURGER & PRICE, LLP**
901 Main Street, 44th Floor
Dallas, TX 75202
214-651-4300 (Telephone)
214-761-6129 (Fax)
bob.franke@strasburger.com
andrew.edson@strasburger.com

Duane J. Brescia (TX State Bar No. 24025265)
**STRASBURGER & PRICE, LLP**
720 Brazos, Suite 700
Austin, TX 78701
512-499-3647 (Telephone)
512-499-3660 (Fax)
duane.brescia@strasburger.com

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this day personally appeared Robert P. Franke, who, being duly sworn, affirm that the statements herein made are true and correct within his personal knowledge.

SUBSCRIBED AND SWORN TO BEFORE ME, this 20th day of February, 2017.

Seal:
MINA O. ALVAREZ
Notary Public, State of Texas
Comm. Expires 10-31-2018
Notary ID 3570763

Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2017, a true and correct copy of the foregoing, filed in the above-referenced bankruptcy case was served upon the counsel and parties of record, by electronic transmission through the Bankruptcy Court's Electronic Case Filing System to those parties that have consented to such service.

*/s/ Robert P. Franke*

Robert P. Franke

## Exhibit A

| Name and Address | Nature of Claim against the Debtors | Principal Amount of Claim (Exclusive of Interest, Costs, and Attorneys' Fees) |
|---|---|---|
| **Dixie Electric, LLC**<br>1155 Dairy Ashford Rd.<br>Suite 450<br>Houston, Texas 77079 | Trade creditor of Memorial Production Operating, LLC | $4,564.60 |
| **Monahans Electric, Inc.**<br>1155 Dairy Ashford Rd.<br>Suite 450<br>Houston, Texas 77079 | Trade creditor of Memorial Production Operating, LLC | $8,880.89 |
| **Seitel Data, Ltd.**<br>10811 S. Westview Circle Dr.<br>Suite 100, Building C<br>Houston, Texas 77043 | Counter-party to seismic data license with Memorial Production Operating, LLC | Unliquidated |