

ENTERED
05/30/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MEMORIAL PRODUCTION PARTNERS LP, *et al.*, | Case No. 17-30262 |
| | (Jointly Administered) |
| Reorganized Debtors.[1] | |

## FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[2] of Amplify Energy Corp. ("**Amplify**") and its affiliates, certain of which are reorganized debtors (collectively with Amplify, the "**Reorganized Debtors**," and prior to reorganization, the "**Debtors**") for entry of a final decree (this "**Final Decree**") closing all of the above-captioned chapter 11 cases except those of San Pedro Bay Pipeline Company, Ch. 11 Case No. 17-30249, Rise Energy Beta, LLC, Ch. 11 Case No. 17-30250, and Beta Operating Company, LLC, Ch. 11 Case No. 17-30253, the Court orders:

1. The chapter 11 cases for each of the following Debtors is hereby closed (collectively, as listed below, the "**Closing Debtors**"):

| Name of Debtor | Ch. 11 Case Number |
|---|---|
| Memorial Production Partners LP | 17-30262 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, as applicable, were: Memorial Production Partners LP (6667); Memorial Production Partners GP LLC; MEMP Services LLC (1887); Memorial Production Operating LLC; Memorial Production Finance Corporation (3356); WHT Energy Partners LLC; WHT Carthage LLC; Memorial Midstream LLC; Beta Operating Company, LLC; Columbus Energy, LLC; Rise Energy Operating, LLC; Rise Energy Minerals, LLC; Rise Energy Beta, LLC; San Pedro Bay Pipeline Company (1234); and Memorial Energy Services LLC.  In accordance with the Plan and Confirmation Order, certain of the Debtors were dissolved, merged, or changed their names.  The Reorganized Debtors' mailing address is 500 Dallas Street, Suite 1600, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

| Name of Debtor | Ch. 11 Case Number |
|---|---|
| Memorial Production Finance Corporation | 17-30248 |
| Rise Energy Minerals, LLC | 17-30251 |
| Rise Energy Operating, LLC | 17-30252 |
| Columbus Energy, LLC | 17-30254 |
| WHT Carthage LLC | 17-30255 |
| WHT Energy Partners LLC | 17-30256 |
| Memorial Energy Services LLC | 17-30257 |
| Memorial Midstream LLC | 17-30258 |
| Memorial Production Operating LLC | 17-30259 |
| MEMP Services LLC | 17-30260 |
| Memorial Production Partners GP LLC | 17-30261 |

2.  Entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen any of the chapter 11 cases of the Closing Debtors pursuant to section 350(b) of the Bankruptcy Code.  For the avoidance of doubt, the chapter 11 cases of Debtors Beta Operating Company, LLC, Rise Energy Beta, LLC, and San Pedro Bay Pipeline Company are not being closed, and nothing in this Final Decree affects any claims or defenses in *Beta Operating Company, LLC v. Aera Energy LLC, et al.*, Adv. Proc. No. 17-03365 (Bankr. S.D. Tex.), or any appeals or other proceedings relating thereto.

3.  The Closing Debtors and their agents are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Final Decree.

4.      All expenses arising from the administration of the Debtors' estates and these chapter 11 cases, including, without limitation, the Section 1930 Fees, have been paid or shall be paid in accordance with Section 2.1 of the Plan.

5.      Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

6.      The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree.

Signed: May 30, 2018

_____
Marvin Isgur
United States Bankruptcy Judge