# UNITED STATES BANKRUPTCY COURT
## SOUTHERN AND WESTERN DISTRICTS OF TEXAS

### HOUSTON DIVISION

IN RE: §
§
Memorial Production Partners L §    CASE NO. 17-30262
§    CHAPTER 11
§
DEBTOR §

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING SEPTEMBER        2020

1. ☐ Quarterly  or  ☑ Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3)        $            0.00

   B. Disbursements not under the plan        $    7,716,831.00

   **Total Disbursements**        $    7,716,831.00

   ***ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3. **Has the order confirming plan become final?**        ☑ Yes  ☐ No

4. **Are Plan payments being made as required under the Plan?**        ☑ Yes  ☐ No

5. **If "No", what Plan payments have not been made and why?**

   Please explain: N/A
   _____
   _____

6. **If plan payments have not yet begun, when will the first plan payment be made?** _____ **(Date)**

7. **What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?** 5/4/2017 **(Date)**

8. **Please describe any factors which may materially affect your ability to obtain a final decree at this time.**
   None
   _____
   _____

9. **Complete the form for Plan Disbursements attached.**

10. **CONSUMMATION OF PLAN:**

    A. **If this is a final report, has an application for Final Decree been submitted*?**

       ☑ **Yes**  Date application was submitted 9/15/2020 [Entered at ECF No. 471]]

       ☐ **No**  Date when application will be submitted _____

       *(if required by Local Rule)

    B. **Estimated Date of Final Payment Under Plan** _____

    | INITIALS _____ |
    | DATE _____ |
    | UST USE ONLY |

    **I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

    **SIGNED:** *Denise DuBard*        **DATE:** 10/14/2020

    Denise DuBard
    **(PRINT NAME)**

IN RE: Memorial Production Partners LP, et                     CASE NO. 17-30262

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | | |
| RECEIPTS | 14,383,993.00 | |
| DISBURSEMENTS | | |
| NET PAYROLL | | |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | | |
| UTILITIES | | |
| INSURANCE | | |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | | |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | | |
| ADMINISTRATIVE & SELLING | 7,716,831.00 | |
| OTHER   (attach list) | | |
| PLAN PAYMENTS (page 1 and page 3) | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 7,716,831.00 | 0.00 |
| NET CASH FLOW | 6,667,162.00 | 0.00 |
| CASH-END OF QUARTER | 6,667,162.00 | 0.00 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING  SEPTEMBER

| | Month/Year | Month/Year | Month/Year | Total |
|---|---|---|---|---|
| Bank Balance | | | | |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | | | | 0.00 |
| Adjusted Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| Beginning Cash-Per Books | | | | |
| Receipts | | | | 0.00 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | | | | 0.00 |
| Ending Cash-Per Books | 0.00 | 0.00 | 0.00 | 0.00 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year | Month/Year | Month/Year | Total |
|---|---|---|---|---|
| Beginning Cash | | | | |
| Total Receipts | | | | 0.00 |
| Total Disbursements | | | | 0.00 |
| Ending Cash | 0.00 | 0.00 | 0.00 | |

2

**IN RE:**                                        §
                                                 §
Memorial Production Partners LP, et al           §    **CASE NO.** 17-30262
                                                 §
                                                 §
**DEBTOR**                                       §

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** |  |  | 0.00 | 0.00 |

**Memorial Production Partners LP, et al.**
**3Q 2020 Consolidated Cash Flows**
*Amounts in thousands*

| | Jul-20 | Aug-20 | Sep-20 | 3Q 2020 | |
|---|---|---|---|---|---|
| *Beginning Cash Balance* | $ - | $ - | $ - | $ - | 4) |
| | | | | | |
| **Receipts** | | | | | |
| Collections | $ 4,308 | $ 5,007 | $ 5,069 | $ 14,384 | |
| Other Receipts | | | | - | |
| Borrowing | | | | - | |
| **Total Receipts** | $ 4,308 | $ 5,007 | $ 5,069 | $ 14,384 | |
| | | | | | |
| **Operating Disbursements** | | | | | |
| LOE/Capex/Other Op. Ex. | $ 2,603 | $ 2,215 | $ 1,241 | $ 6,059 | |
| G&A | - | - | - | - | |
| Payroll | - | - | - | - | |
| Royalties | 1,068 | 591 | - | 1,659 | |
| Taxes | - | - | - | - | |
| **Total Operating Disbursements** | $ 3,671 | $ 2,806 | $ 1,241 | $ 7,718 | |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Restructuring Fees | $ - | $ - | - | $ - | |
| Bank Fees | $ - | - | - | - | |
| Debt / Interest Payments | - | - | - | - | |
| **Total Non-Operating Disbursements** | $ - | $ - | - | $ - | |
| | | | | | |
| **Net Plan Disbursements** | | | | | |
| Plan Effects Receipts | $ - | $ - | - | $ - | |
| Plan Effects Disbursements | - | - | - | - | |
| **Total Net Plan Disbursements** | $ - | $ - | - | $ - | |
| | | | | | |
| **Net Cash Flow** | $ 637 | $ 2,201 | $ 3,828 | $ 6,666 | |
| | | | | | |
| *Ending Cash Balance* | $ - | $ - | - | $ - | 4) |

**Notes:**

1) On April 30, 2018, Amplify Energy Corp. and its affiliates (collectively, the "Debtors") filed with the Bankruptcy Court a motion for a final decree and entry of an order closing the chapter 11 cases with respect to each of the Debtors, other than (i) San Pedro Bay Pipeline Company ("SPBPL"), Ch. 11 Case No. 17-30249, (ii) Rise Energy Beta, LLC ("REB"), Ch. 11 Case No. 17-30250, and (iii) Beta Operating Company, LLC ("BOC"), Ch. 11 Case No. 17-30253, (collectively, the "Closing Debtors"). On May 30, 2018 ("Final Decree Date"), the court entered into the final decree closing the chapter 11 cases of the Closing Debtors.  For periods after the Final Decree Date, receipts and disbursement activity only reflect the transactions of SPBPL, REB, and BOC, respectively.

2) On, August 24, 2020, Amplify Energy Corp filed with the Bankruptcy Court a motion for a final decree closing the remaining chapter 11 cases withs respect to (i) San Pedro Bay Pipeline Company ("SPBPL"), Ch. 11 Case No. 17-30249, (ii) Rise Energy Beta, LLC ("REB"), Ch. 11 Case No. 17-30250, and (iii) Beta Operating Company, LLC ("BOC"), Ch. 11 Case No. 17-30253.  On September 15, 2020, the court entered into the final decree closing the remaining chapter 11 cases.

3) This Disbursement Summary is unaudited and does not purport to represent financial statements prepared in accordance with generally accepted accounting principles nor are they intended to fully reconcile to the financial statements prepared by Amplify Energy Corp. ("the Company"). Information contained in the Disbursement Summary has been derived from the Company's books and records.  Therefore, in order to comply with its obligations to provide quarterly reporting during the Chapter 11 case, the Company has prepared this quarterly report using the best information presently available to it. This Disbursement  Summary is true and accurate to the best of the Company's knowledge, information and belief based on current available data. The financial results contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated financial results of the Company in the future. The information contained herein is unaudited, limited in scope, and subject to change.

4) Based on centralized cash management practices, almost all disbursements are made by Amplify Energy Operating LLC's (successor entity to Memorial Production Operating LLC) and Beta Operating Company, LLC on behalf of all Debtors with all cash receipts and Cash Balances held in Amplify Energy Operating LLC's main operating account.  For periods after the Final Decree Date, the Beginning and Ending Cash Balances is displayed as zero as SPBPL, REB, and BOC have ZBA accounts which sweep cash on a daily basis to the Amplify Energy Operating LLC's main operating account.

**UNITED STATES BANKRUPTCY COURT**

| | | | | | |
|---|---|---|---|---|---|
| *CASE NAME:* | Memorial Production Partners LP, et al. | | *PETITION DATE:* | | 01/16/17 |
| *CASE NUMBER:* | 17-30262 | | *DISTRICT OF TEXAS:* | | Southern |
| *PLAN EFFECTIVE DATE:* | 5/4/2017 | | *DIVISION:* | | Houston |

*Disbursement and Fee Summary - 3Q 2020*

| Case Number | Entity Name | *Disbursements* | | | | *Fees In USD* | | |
|---|---|---|---|---|---|---|---|---|
| | | **Jul-20** | **Aug-20** | **Sep-20** | **3Q2020 Total** | **Fee** | **Balance Due per UST** | **Difference** |
| 17-30262 | Memorial Production Partners LP | | | | | | - | - |
| 17-30248 | Memorial Production Finance Corporation | | | | | | - | - |
| 17-30249 | San Pedro Bay Pipeline Company | 106,368 | 113,980 | 31,107 | 251,455 | 1,950 | - | 1,950 |
| 17-30250 | Rise Energy Beta, LLC | 2,496,259 | 2,101,278 | 1,209,616 | 5,807,154 | 58,072 | - | 58,072 |
| 17-30251 | Rise Energy Minerals, LLC | | | | | | - | - |
| 17-30252 | Rise Energy Operating, LLC | | | | | | - | - |
| 17-30253 | Beta Operating Company, LLC | 1,067,623 | 590,599 | - | 1,658,223 | 16,582 | - | 16,582 |
| 17-30254 | Columbus Energy, LLC | | | | | | - | - |
| 17-30255 | WHT Carthage LLC | | | | | | - | - |
| 17-30256 | WHT Energy Partners LLC | | | | | | - | - |
| 17-30257 | Memorial Energy Services LLC | | | | | | - | - |
| 17-30258 | Memorial Midstream LLC | | | | | | - | - |
| 17-30259 | Memorial Production Operating LLC | | | | | | - | - |
| 17-30260 | MEMP Services LLC | | | | | | - | - |
| 17-30261 | Memorial Production Partners GP LLC | | | | | | - | - |
| | **Total** | **3,670,251** | **2,805,857** | **1,240,724** | **7,716,831** | **76,604** | **-** | **76,604** |

**Notes:**